UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.                                          CRIMINAL NO. 1:07CR66LG-RHW

STEPHEN RANDALL LUXFORD

## GOVERNMENT'S NOTICE OF INTENT TO SEEK A VARIANCE

The United States, by and though the undersigned counsel, files this, its notice of its intent to request that the court vary from the sentencing guidelines in the following manner, to wit:

The government intends to petition the court to sentence the defendant to a lifetime term of supervised release.

                                            Respectfully submitted,

                                            DUNN LAMPTON
                                            United States Attorney

By:   **/s/ J. Scott Gilbert**
        J. Scott Gilbert
        Assistant U.S. Attorney
        1575 20th Avenue
        Gulfport, MS  39501
        (228) 563-1560
        MSB # 102123

CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

  Tom Royals, Esq.
  troyals@royalsmayfield.com

      This the 15th day of October, 2007.

                                               /s/ J. Scott Gilbert
                                               J. Scott Gilbert